**Motion granted; Abatement Order filed June 2, 2022**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-22-00092-CV**

———————

**KENSINGTON COMMONS PARTNERS LP, Appellant**

**V.**

**FEMINA FIT, INC. AND RICHARD D. WILLIAMS, Appellee**

---

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-DCV-241510A**

---

## CONTINUING ABATEMENT ORDER

On March 29, 2022 we abated this appeal and referred the dispute to mediation. On May 26, 2022, the parties filed an agreed motion requesting that we continue the abatement of this appeal to allow more time for mediation. That motion is GRANTED.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **June 30, 2022**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson.